IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHINGY MUSIC, et al.,

    Plaintiffs,

vs.

THE ROADHOUSE, LLC,
MICHAEL ANTHONY BRIGGS, and
MICHAEL FRANCIS RAGUSA,

    Defendants.

No. CIV. S-08-0916 JAM EFB

ORDER

    Plaintiff's motion for entry of default judgment was submitted for decision following oral argument and supplemental briefing before the magistrate judge. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(19) and 28 U.S.C. § 636(b)(1).

    On November 14, 2008, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within ten days. No objections were filed.

    The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY

1

ORDERED that:

1. The Findings and Recommendations filed November 14, 2008, are adopted in full;

2. Plaintiffs' motion for default judgment against all defendants is GRANTED;

3. Plaintiffs are AWARDED statutory damages, pursuant to 17 U.S.C. § 504(a)(2) and (c), in the amount of $20,000.00, which represents $5,000.00 for each of the four alleged infringements;

4. Plaintiffs are GRANTED the following permanent injunction, pursuant to 17 U.S.C. § 502: Defendants, and all persons acting under the direction, control, permission or authority of defendants, SHALL BE AND HEREBY ARE ENJOINED from directly or indirectly infringing plaintiffs' rights in their copyrighted compositions, including, without limitation, by publicly performing any compositions licensed by ASCAP; and

5. Plaintiffs are AWARDED, pursuant to 17 U.S.C. § 505, attorney fees in the amount of $750, and costs in the amount of $457.70.

DATED:   January 15, 2009

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE